UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICK WAYNE ADAMS,<br><br>                            Plaintiff,<br>v.<br>EDWARD GENE LINDBLADE, *et al.*,<br>                            Defendants. | Case No. 3:19-cv-00630-MMD-WGC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB IN PART |

Plaintiff Patrick Wayne Adams, who is in the custody of the Nevada Department of Corrections but housed at a facility in Arizona, brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 3) ("R&R") relating to plaintiff's application to proceed *in forma pauperis* ("Application") (ECF No. 1) and *pro se* Complaint (ECF No. 1-1).[1] Judge Cobb recommends granting Plaintiff's Application but also to dismiss the Complaint with prejudice because Plaintiff cannot assert section 1983 claims against private actors. Plaintiff's objection asserts that he understands that he cannot allege claims under section 1983 but asks the Court to dismiss his claims without prejudice to allow him to pursue his claims at a later time. (ECF No. 4 at 1.) The Court construes Plaintiff's objection as a motion for voluntary dismissal without prejudice. So construed, Plaintiff's request is granted.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 3) is accepted and adopted in part. The Court adopts Judge Cobb's recommendation to grant the Application.

---

[1] This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)

It is further ordered that Plaintiff's application to proceed *in form pauperis* (ECF No. 1) is granted; Plaintiff will not be required to pay an initial fee.

The Clerk of Court is directed to detach and file the Complaint (ECF No. 1-1).

It is further ordered that Plaintiff's Complaint is dismissed without prejudice.

The Clerk of Court is further directed to enter judgment accordingly and close this case.

DATED THIS 12th day of February 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE